UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN JONES, JR.,

Plaintiff,

-against-

SUPERINTENDENT,

Defendant.

26-CV-7050 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

On August 17, 2026, the Court received a letter from Stephen Jones, Jr., who is currently incarcerated in the Chester County Prison in Maryland, in which Mr. Jones seeks information on expunging several New York state court convictions. (ECF 1.) The Clerk of Court opened Mr. Jones's letter as a new civil action seeking federal *habeas corpus* relief and listed "Superintendent" on as the defendant on the docket.

Nothing in Mr. Jones's letter suggests that he is seeking federal *habeas corpus* relief. To the extent Mr. Jones is seeking information on how to expunge or seal his prior state court convictions, he must go to state court; a federal district court cannot grant such relief.

Because this action was opened in error, the Court directs the Clerk of Court to close this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 23, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge